UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LESLIE C. ROBINS and
COLLEEN T. DeVRIES-CALIENDO,

        Plaintiffs,

   v.                                    Case No. 09-CV-631

SETTLEMENT FUNDING, LLC,
d/b/a PEACHTREE SETTLEMENT FUNDING,
PSF HOLDINGS, LLC, PSF TRUST 2000-2 and
PEACHTREE FINANCIAL SOLUTIONS, LLC,

        Defendants.

---

## NOTICE OF DISMISSAL

---

        The plaintiffs, Leslie C. Robins and Colleen T. DeVries-Caliendo, by their attorneys, O'Neil, Cannon, Hollman, DeJong S.C., hereby voluntarily dismiss this action, without prejudice, pursuant to Rule 41(a)(1)(A)(i).

        Dated this 25th day of September, 2009.

                                      O'NEIL, CANNON, HOLLMAN, DEJONG S.C.
                                      Attorneys for Plaintiffs

                       By:   /s/ Dean P. Laing
                              Dean P. Laing
                              State Bar No. 1000032

Post Office Address:

111 East Wisconsin Avenue, Suite 1400
Milwaukee, Wisconsin 53202-4870
(414) 276-5000